UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL PATTON,

Plaintiff,

v.

ROI, *et al.*,

Defendants.

Case No. 2:26-cv-2801-JDP (P)

ORDER

Plaintiff, a state inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. ECF No. 3. However, the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been completed. *Id.* at 2. Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the complaint's filing. *See* 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed *in forma pauperis* application and a certified copy in support of the application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed *in forma pauperis* on the form provided by the Clerk of Court, and a certified copy of the inmate trust account statement for the six-month period

immediately preceding the filing of the complaint;

2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

Dated: October 7, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE